# In the United States Court of Federal Claims

No. 06-920 L

(Filed: February 22, 2007)

****************************************
**IOWA TRIBE OF KANSAS AND NEBRASKA,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On February 21, 2007, the parties filed a Joint Motion for Temporary Stay of Litigation in view of ongoing settlement discussions. The Court GRANTS the parties' motion.

This case is hereby STAYED until June 29, 2007. The Court ORDERS the parties to file a joint status report on or before **June 15, 2007**. In the joint status report, the parties shall discuss in detail the steps they have taken toward reaching settlement including, inter alia, the dates and locations of meetings and who was in attendance.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge