IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IOWA TRIBE OF KANSAS AND NEBRASKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-cv-00920-EJD |
| | ) | Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| ________________________________ | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for leave to file out of time to file joint motion and supporting joint status report for extension of extension of temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED.

SO ORDERED.

Date: ____________________________

____________________________
HON. EDWARD J. DAMICH
United States Court of Federal Claims