# In the United States Court of Federal Claims

No. 06-920 L

(Filed: June 27, 2007)

****************************************
**IOWA TRIBE OF KANSAS AND NEBRASKA,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On June 26, 2007, the parties filed a Joint Status Report and a Joint Motion for Extension of Temporary Stay of Litigation. The Court GRANTS the parties' motion.

This case is hereby STAYED until **December 26, 2007**. The Court ORDERS the parties to file a joint status report on or before **December 12, 2007**. In the joint status report, the parties shall discuss in detail the steps they have taken toward reaching settlement including, inter alia, the dates and locations of meetings and who was in attendance.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge