# In the United States Court of Federal Claims

No. 06-920 L

(Filed: December 21, 2007)

****************************************
**IOWA TRIBE OF KANSAS AND NEBRASKA,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On December 21, 2007, the parties filed a Joint Motion for Extension of Temporary Stay of Litigation until July 3, 2008. The Court GRANTS IN PART and DENIES IN PART the parties' motion and STAYS this case until **January 31, 2008**, when the Court seeks to hold a status conference concerning the parties' settlement and alternative dispute resolution efforts. The Court has contacted counsel for both parties to this effect.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge