# In the United States Court of Federal Claims

No. 06-920 L

(Filed: February 1, 2008)

****************************************
**IOWA TRIBE OF KANSAS AND NEBRASKA,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

The Court hereby CONTINUES THE STAY in this case until **Thursday, May 1, 2008**. On or before that date, the parties shall file a joint status report that shall discuss the following in extensive detail:

1. Progress of settlement discussions, with specific dates and locations of meetings and the results thereof;

2. Specific examples of the exchange of documents significant to settlement negotiations;

3. The status of proceedings in this matter's companion case in the United States District Court for the District of Columbia, *Iowa Tribe of Kansas and Nebraska v. Kempthorne*, No. 1:06-cv-1899-JR (D.D.C.).

4. The status of similar actions in the United States Court of Federal Claims in which Plaintiff's counsel is involved.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge