IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IOWA TRIBE OF KANSAS AND NEBRASKA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 1:06cv00920<br>Chief Judge Edward J. Damich |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of Michael D. Thorp, replacing Kevin J. Larsen, as attorney of record for Defendant, the United States of America, in the above styled case. Service of all papers by U.S. Mail should be addressed to:

Michael D. Thorp
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0456
Facsimile: 202-353-2021
Email: michael.thorp@usdoj.gov

Overnight and hand deliveries should be addressed to:

Michael D. Thorp
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
601 D St., N. W., Rm. 3137
Washington, D.C. 20004
Telephone: 202-305-0456
Facsimile: 202-353-2021

Email: michael.thorp@usdoj.gov

Respectfully submitted March 11, 2008.

RONALD J. TENPAS
Assistant Attorney General

/s/Michael D. Thorp
MICHAEL D. THORP
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, NW
Washington, DC 20004
Tel: 202-305-0456
Fax: 202-353-2021
Email: michael.thorp@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG, FL Bar #798193
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Email: anthony.hoang@usdoj.gov

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227