IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IOWA TRIBE OF KANSAS AND NEBRASKA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:06cv00920 |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PARTIES' JOINT MOTION FOR EXTENSION OF TEMPORARY STAY OF LITIGATION, AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), the parties respectfully make this joint motion for a two hundred and fifty nine day extension of the temporary stay of litigation, to and including January 15, 2009. This is the parties' fourth such motion. The factual background upon which this motion is predicated is set forth in the accompanying Parties' Fourth Joint Status Report (Dkt. #25) and will not be repeated herein except for the purposes of augmenting the reasons why the requested relief is being sought:

1. As previously reported, Plaintiff filed this case on December 28, 2006. Dkt. 1. Plaintiff filed a parallel and companion case for declaratory and injunctive relief in the United States District Court for the District of Columbia (D.C.) on November 7, 2006. Plaintiff's allegations in both cases generally relate to trust accounting and trust management duties and responsibilities allegedly owed by Defendant to Plaintiff.

2. In addition to Plaintiff and Plaintiff's two cases, Plaintiff's counsel represents 15 other Tribes and has brought or is maintaining similar trust accounting and trust mismanagement cases on behalf of those Tribes. Thus, Plaintiff's counsel has a total of 32 trust accounting and

trust mismanagement cases pending in this Court and the United States District Court in D.C., on behalf of 16 Tribes or Indian entities. Plaintiff filed the cases because of its concern that its claims and allegations would otherwise be barred by the statute of limitations. Except for this case and Eastern Shawnee Tribe of Oklahoma v. United States, No. 06-cv-00917-CFL, all of the cases brought or maintained by Plaintiff's counsel in this Court have been stayed by order until July 3, 2008. Similarly, all of the cases brought or maintained by Plaintiff's counsel in the United States District Court in D.C. have been stayed by order until July 3.

3. On February 1, 2008, the Court issued an order (the "Order") that extended the temporary stay of this case to and including May 1, 2008 and required the parties to file a Joint Status Report on or before May 1, 2008[1]. On May 1, 2008, the parties filed the Parties' Fourth Joint Status Report (the "JSR") as directed. See Dkt. #25. The JSR describes in detail the significant steps taken by the parties to explore and determine jointly the possibility of settling or otherwise resolving the 16 Tribes' claims and issues in the Tribal trust accounting and trust mismanagement litigation, without the need for protracted litigation or the unnecessary expenditure of their scarce resources.

4. As reported in the JSR, the parties are developing a systematic approach to potentially resolve this and the thirty-one (31) other cases to the extent involve the same counsel and consultants for the parties; present the same types of factual and legal trust accounting and trust mismanagement issues and claims; involve the same principally affected federal agencies; and implicate the same types of documents and data stored at some of the same locations or generated by some of the same sources (among other reasons). See Dkt. # 25 at ¶¶ 3-4, 6-11. The JSR also describes the discovery process the parties agreed to implement, the multiple

[1] The Court previously entered temporary stay orders in this matter on February 22, 2007 (see Dkt. # 8), June 27, 2007 (see Dkt. # 12), and December 21, 2007 (see Dkt. # 15).

document and data productions made by Defendant to date, the recent discovery requests made by Plaintiff, and the plans the parties have for follow-up meetings. Id. at ¶¶ 12-19.

5. In light of the diligent efforts and progress the parties have made to date and in light of the parties' commitment to continue moving this matter forward, the parties believe that it is in their best interests to work together to potentially resolve this case without engaging in costly and protracted litigation. Accordingly, the parties respectfully submit that an extension of the temporary stay is appropriate to defer Defendant's obligation to file its Answer or to otherwise respond to the Plaintiff's Complaint, as well as the parties' obligations to comply with the requirements of RCFC Appendix A, among other things.

6. The granting of this joint motion will not unduly prejudice the rights and interests of the parties and, in fact, the parties believe, will serve their best interests, as well as promote the goals of judicial efficiency and economy.

WHEREFORE, the parties respectfully request that this joint motion be granted and that the temporary stay of the litigation herein be extended to and including January 15, 2009.

Respectfully submitted this 1st day of May, 2008,

RONALD J. TENPAS
Assistant Attorney General

*/s/ Brian J. Leinbach, by*
*/s/ Michael D. Thorp, pursuant to*
*written authorization on May 1, 2008*
BRIAN J. LEINBACH
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
P.O. Box 663
Tel: (310) 552-3800
Fax: (310) 552-9434
Email: bleinbach@elllaw.com
Attorney of Record for Plaintiff

*/s/ Michael D. Thorp*
MICHAEL D. THORP
United States Department of Justice
Natural Resources Section
Environment and Natural Resources Division
601 D Street, NW
Washington, DC 20004
Tel: (202)-305-0456
Fax: (202)-353-2021
Email: michael.thorp@usdoj.gov
Attorney of Record for Defendant

OF COUNSEL:

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

WALTER J. LACK
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

GREGORY A. YATES
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Tel: (310) 858-6944
Fax: (818) 905-7038

THOMAS V. GIRARDI
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: (213) 977-0211
Fax: (213) 481-1554

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Natural Resources Section
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Email: anthony.hoang@usdoj.gov

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing PARTIES' JOINT MOTION FOR EXTENSION OF TEMPORARY STAY OF LITIGATION, AND [PROPOSED] ORDER was served on May 1, 2008, by Electronic Case Filing or by regular United States Mail, first-class postage pre-paid, and electronic mail transmission or telefax, unless otherwise noted below, on the following counsel:

BRIAN J. LEINBACH
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

WALTER J. LACK
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
Tel: (310) 552-3800
Fax: (310) 552-9434

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

THOMAS V. GIRARDI
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: (213) 977-0211
Fax: (213) 481-1554

GREGORY A. YATES
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Tel: (310) 858-6944
Fax: (818) 905-7038

KEITH D. GRIFFIN
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
kgriffin@girardikeese.com

*/s/ Michael D. Thorp*
*MICHAEL D. THORP*